ALMA PERSON, APPELLANT, v. FIREMEN'S INSURANCE CO., RESPONDENT.

Argued May 22, 1941—Decided September 19, 1941.

For the appellant, *Charles Hershenstein*.

For the respondent, *Henry M. Grosman*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, HAGUE, THOMPSON, JJ. 9.

*For reversal*—BODINE, PERSKIE, RAFFERTY, JJ. 3.